# Exhibit A

## Next Friend Authorization

I, __BENYAMIN MUHAMMED__, understand what the U.S. legal term 'next friend' means, and the following people who I know from being held in the custody of the U.S. have expressed the desire to have the legal assistance of counsel. I therefore act as their next friend, and authorize Clive Stafford Smith and counsel associated by him to act to secure the legal rights of those listed below:

ABDURRACHMAN  #659       (ALGERIA)       UK ASYLUM     E/F
                                                       J/A
HASSAN    #1456   (YEMEN)                              A
SHARGOWI  #1457   ( " )                                A/U
ABU RAEHMAN #1460 (PAKISTANI)                          A/U
Badr      #1461   ( " )                                A
Abdulsalaam #1463 (Yemeni)                             A
Sanad     #1453   ( " )                                E/U
Saif Ulla         (Pakistani)

_____
Name

Witness: 5/6/05