# Exhibit B

no (B)

I A'AMER SHAKER Born in 21-12-1966 fully understand the Amircan meaning of (Best Freind). there for I want my Attorney Clive A. Staffods smith to Be the Attorney of the fellowing names Becuse they are my freinds and I live with them in Jail for 3 years and I care for them.

| # | Name | ISN | Nationality |
|---|---|---|---|
| 1 | ADel Ben Ahmad AL HAKeemy | ISN 168 | Tunisian |
| 2 | ABull HADi AL HAmami | 717 | Tunisian |
| 3 | Mohamad manie AL KaHtany | 038 | Sudia |
| 4 | ABDullah Aali AL OtiaBi | 243 | Sudia |
| 5 | IBraheem ZiaDan | 761 | Jordan |
| 6 | Mohmad Ahmad AL KaralAny | 269 | ChAD |
| 7 | Omar Mohamad KhALifah | 695 | LxBia |
| 8 | Ahmad ABDullAziz | 757 | morotanya |
| 9 | Benjamin Mohamad AL HaBAShi | 1458 | EthuBia |
| 10 | ADel A HAMlily | 1452 | Algiria |
| 11 | ABDull Raheem Gulam Rabany | 1460 | Pakistan |
| 12 | AHmad Gulam Rabany | 1461 | " " |
| 13 | Mohamad Kameen | | AFGanistan |
| 14 | OmieR BaAtash. | 1456 | Yamin |
| 15 | Abdo ALi AL Haj | 1457 | " " |
| 16 | AL Kazmy | 1453 | " " |
| 17 | Mohamado Salaiah. | 760 | morotanya |
| 18 | OmaR AHmad | 766 | CanDa |

SHAKer AAmer 2-5-2005

DO NOT WRITE BEYOND HEAVY LINES

## ReMARKs    No. ③

1- 168- He is Tunisian with (Green Card) in ITALY. He is MaRRiyed wife is (Belgim) BeLGiM - live in prussle SHE is NOT ALLowed to write to Hem by Court order.

⑪-766 Omar Canidian He wants to CHange his Attorny to you

2- 717- Tunisian with (Green Card) in ITALY and ProThers Applyed for poLiTicaL Assylem in paKistan.

3- 036- Sudi ARaB He is Been Acused of Being hiJaker No-20 And tourtcher and Isolated for more Than 2 years He is in Camp 5 Now. Phone. 9661-5456877 K.S.A

4- He Arrived in paKistan for one week Then Kidnabed by AmirCan and sent to AFGanistan. He came with 30,000 Dollar for Refugees CHairty work. (243)
Phone- 9662-5423940 - 5492715

5- Jordanian Born in LyBia - He got Long Story. (761)

6- 269- He is 16 years old Born and reis in Sudia ARabi From my city MaDina pasport from CHAD He was studing in paKistan He is 19 year old Now phone is 9664-8286195 K.S.A

7- 1458- He Has poLitacal Assylem in U.K. From West London He got travel Document - He has Family in u.S.A There Phone is 571-3324480.

8- 1452- StateLess Hes FaTher is British. He use to Have U.N LegaL Decument

9- 1456 & 1457 - they Been tourtcher in Jordan and Bagram

10- 760 He disAbear from here He is in BaD Sitiation