IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **HASSAN BIN ATTASH,** *et al.*, <br>     Petitioners, <br><br> v. <br><br> **GEORGE W. BUSH, President of the United States,** *et al.*, <br>     Respondents. | ) <br> ) <br> ) <br> )    **Civil Action No. 01-01592 (HHK)** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CONSENT MOTION FOR EXPEDITED ENTRY OF PROTECTIVE ORDER

Petitioner Hassan Bin Attash moves for the expedited entry of the Amended Protective Order (Ex. A), "Protected Information" Order (Ex. B) and Supplemental Filing Procedures Order (Ex. C) (together, the "Protective Order"), previously entered by Judge Joyce Hens Green in *Abdah v. Bush,* 04-CV-1254 (HHK) and the other coordinated Guantánamo detainee cases. Because the Government will not allow privileged communications between counsel and Petitioner until the Protective Order is entered, and counsel intend to meet with Petitioner at Guantánamo Bay at the end of August, Petitioner respectfully asks that the Protective Order be entered promptly. Counsel for Respondents have indicated their consent to this Motion.

This Motion is made without prejudice to Petitioner's right to challenge or seek modification of any particular terms of the Protective Order in the future.

Dated: Washington, D.C.

August 10, 2005

                                                Respectfully submitted,

                                                COVINGTON & BURLING

            By:                  /s/
                                                David H. Remes

D.C. Bar No. 370782
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2401
Tel:  (202) 662-5212
Fax: (202) 778-5212

Marc D. Falkoff
D.C. Bar No. 491149
1330 Avenue of the Americas
New York, New York  10019
Tel:  (212) 841-1166
Fax: (646) 441-9166

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the foregoing motion to be served this 10th day of August 2005, by prepaid priority mail on:

The Honorable Alberto R. Gonzales
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530;

The Honorable Donald Rumsfeld,
Secretary, United States
Department of Defense
1000 Defense Pentagon
Washington, D.C. 20301-1000;

Army Brigadier General Jay Hood
Commander, Joint Task Force–GTMO
JTF-GTMO
APO AE 09360; and

Army Col. Brice Gyurisko,
Commander, Joint Detention Operations Group – JTF-GTMO
JTF-GTMO
APO AE 09360

_____/s/_____
David H. Remes
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401