IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **HASSAN BIN ATTASH,** *et al.*, | ) | |
| Petitioners, | ) | |
| | ) | Civil Action No. 01-01592 (HHK) |
| v. | ) | |
| | ) | |
| **GEORGE W. BUSH, President of the** United States, *et al.*, | ) | |
| Respondents. | ) | |

**[PROPOSED] ORDER**

Having considered Petitioner's Consent Motion for Expedited Entry of Protective Order, it is this ___ day of _____, 2005, hereby

**ORDERED,** that Petitioner's Consent Motion for Expedited Entry of Protective Order is **GRANTED.**

Dated: _____

_____
United States District Judge