IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **HASSAN BIN ATTASH,** *et al.*,<br>    Petitioners,<br><br>v.<br><br>**GEORGE W. BUSH, President of the**<br>**United States,** *et al.*,<br>    Respondents. | Civil Action No. 05-01592 (HHK) |

**MOTION AND MEMORANDUM IN SUPPORT OF MOTION
FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Petitioner Hassan Bin Attash, a prisoner of the United States held at Guantánamo, respectfully moves for a temporary restraining order and preliminary injunction pursuant to Rule 65(a) of the Federal Rules of Civil Procedure and the All Writs Act, 28 U.S.C. § 1651, requiring Respondents to provide counsel for the Petitioner and the Court with 30-days' advance notice of any intended transfer of Mr. Attash from Guantánamo Bay Naval Base in Cuba.

On information and belief, Respondents have contemplated removing detainees – including potentially Mr. Attash – from Guantánamo to foreign territories for torture or indefinite detention without due process of law. On information and belief, Mr. Attash has already been rendered to Jordan for sixteen months, where he was imprisoned and tortured. Petitioner asks that his counsel be given advance notice of any transfer to enable counsel the opportunity to contest his removal from Guantánamo and to preserve the jurisdiction of the Court in this matter. This relief has been granted in several other Guantánamo detainee cases, either as a preliminary injunction, s*ee, e.g.*, *Abdah v. Bush,* 04-CV-1254 (HHK) (March 29, 2005) (Ex. A), and *Al-Mohammed v. Bush,* 05-CV-0247 (HHK) (March 30, 2005) (Ex. B), or through the vehicle of a

stay, *see, e.g., Al-Hela v. Bush*, 05-CV-01048 (D.D.C. June 3, 2005) (RU) (Ex. C). For purposes of the instant motion, Petitioner is identically situated to the detainees in each of these other cases.

Because Respondents have refused to assure counsel that Mr. Attash will not be removed from Guantánamo pending disposition of the instant motion for a preliminary injunction, Petitioner also moves under Rule 65(b) for a temporary restraining order barring his removal from Guantánamo until this Court has ruled on his motion for a preliminary injunction.

WHEREFORE, Petitioner respectfully requests that Respondents be ordered to provide counsel for the Petitioner and the Court with 30-days' advance notice of any intended transfer of Mr. Attash from Guantánamo.

Dated: Washington, D.C.
August 10, 2005

Respectfully submitted,

COVINGTON & BURLING

By:    /s/
David H. Remes
D.C. Bar No. 370782
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004-2401
Tel: (202) 662-5212
Fax: (202) 778-5212

Marc D. Falkoff
D.C. Bar No. 491149
1330 Avenue of the Americas
New York, NY 10019
Tel: (212) 841-1166
Fax: (646) 441-9166

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the foregoing motion to be served this 10th day of August 2005, by prepaid priority mail on:

The Honorable Alberto R. Gonzales
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530;

The Honorable Donald Rumsfeld,
Secretary, United States
Department of Defense
1000 Defense Pentagon
Washington, D.C. 20301-1000;

Army Brigadier General Jay Hood
Commander, Joint Task Force–GTMO
JTF-GTMO
APO AE 09360; and

Army Col. Brice Gyurisko,
Commander, Joint Detention Operations Group – JTF-GTMO
JTF-GTMO
APO AE 09360

_____/s/_____
David H. Remes
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401