IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HASSAN BIN ATTASH, *et al.*,<br>　　Petitioners,<br><br>　　v.<br><br>GEORGE W. BUSH, *et al.*,<br>　　Respondents. | Civil Action No. 05-01592 (RCL) |

### **[PROPOSED] ORDER**

Having considered Petitioner's Motion and Memorandum in Support of Motion For Writ of Habeas Corpus or Order to Show Cause, it is this ___ day of _____, 2005, hereby

**ORDERED,** that Respondents, by September 9, 2005, shall file with the Court and serve on Petitioner's counsel returns showing why the Writ of Habeas Corpus sought by Petitioner should not be granted.

_____
United States District Judge