# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HASSAN BIN ATTASH, <u>et</u>. <u>al</u>.,** ) | |
| ) | |
| **Petitioners,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 05-1592 (RCL)** |
| ) | |
| **GEORGE W. BUSH,** ) | |
| **President of the United States, <u>et</u>. <u>al</u>.,** ) | |
| ) | |
| **Respondents.** ) | |

## <u>ORDER</u>

Having considered the Respondent's Motion to Stay Proceedings Pending Related Appeals and for Continued Coordination, as well as the entire record in this case, and it appearing that good cause exists for granting the motion, it is hereby

ORDERED that the above-captioned case is stayed pending resolution of all appeals in <u>Khalid v. Bush</u>, <u>Boumediene v. Bush</u>, Nos. 04-CV-1142 (RJL), 355 F. Supp. 2d 311 (D.D.C. 2005), <u>appeals docketed</u>, Nos. 05-5062, 05-5063 (D.C. Cir. Mar 2, 2005), and <u>In re Guantanamo Detainee Cases</u>, No. 02-CV-0299, <u>et</u>. <u>al</u>., 355 F. Supp. 2d 443 (D.D.C. 2005), <u>appeal on petition for interlocutory appeal</u>, No. 05-5064 (D.C. Cir. Mar. 10, 2005).  It is further

ORDERED that respondent's obligation to show cause is STAYED.

This stay shall not, however, prevent the parties from availing themselves of the procedures set forth below, nor shall it bar the filing or disposition of any emergency relief.  It is further

ORDERED that the Court having considered petitioners' Motion for Preliminary

Injunction Requiring Advance Notice of Transfer or Release, and the opposition hereto, it is

hereby ORDERED that petitioners' Motion for Preliminary Motion is DENIED for the reasons

well stated by Judge Bates in Al-Anazi v. Bush, 370 F. Supp. 2d 188 (D.D.C. April 21, 2005).  It

is further

ORDERED that the Court grants the Petitioners' Motion for Protective Order, and enters

by way of reference, the protective order and supplementary orders previously entered in In re

Guantanamo Detainee Cases, No. 02-CV-0299, et. al., by Judge Hens Green.  These include the

Amended Protective Order and Procedures for Counsel Access to Detainees at the United States

Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004; the Order Addressing

Designation Procedures for "Protected Information," entered on November 10, 2004; and the

Order Supplementing and Amending Filing Procedures Contained in November 8, 2004

Amended Protective Order, issued on December 13, 2004.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, September 1, 2005.