IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| HASSAN BIN ATTASH, *et al.*, <br>     Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, President of the United States, *et al.*, <br>     Respondents. | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-1592 (RCL) |

**NOTICE OF FILING AND SUMMARY OF PETITIONER'S MOTION TO
RECONSIDER AND VACATE PORTIONS OF SEPTEMBER 1, 2005 ORDER**

    As required by the Amended Protective Order in this matter, undersigned counsel hereby gives notice that on September 18, 2005, a copy of Petitioner's Motion to Reconsider and Vacate Portions of September 1, 2005 Order was brought to a Court Security Officer for clearance for public filing.

    The Motion asks the Court to reconsider and vacate those portions of its September 1, 2005 Order that (1) deny Petitioner's request for notice to the Court and counsel before he is transferred out of Guantánamo, and (2) suspend Respondents' obligation to file a factual return justifying the legality of Petitioner's detention.

    The Motion will be filed via the Electronic Case Filing system when it has been cleared by the Court Security Office.

Dated: Washington, D.C.
       September 18, 2005

                                              Respectfully submitted,

                                              COVINGTON & BURLING

                    By:             /s/
                                              David H. Remes
                                              D.C. Bar No. 370782
                                              1201 Pennsylvania Avenue, N.W.
                                              Washington, D.C.  20004-2401
                                              Tel:  (202) 662-5212
                                              Fax: (202) 778-5212