IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **HASSAN BIN ATTASH**, *et al.*, <br> Petitioners, <br><br> v. <br><br> **GEORGE W. BUSH**, *et al.*, <br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-1592 (RCL) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF FILING AND SUMMARY OF PETITIONER'S
REPLY MEMORANDUM IN SUPPORT OF MOTION TO
RECONSIDER AND VACATE PORTIONS OF SEPTEMBER 1, 2005 ORDER**

As required by the protective order entered in this matter, undersigned counsel gives notice that on October 7, 2005, a copy of Petitioner's Reply Memorandum in Support of Motion to Reconsider and Vacate Portions of September 1, 2005 Order was brought to a Court Security Officer for clearance for public filing. The Reply further supports Petitioner's Motion requesting that the Court reconsider and vacate portions of its September 1, 2005 Order that (1) deny Petitioner's request for notice before he is transferred out of Guantánamo, and (2) suspend Respondents' obligation to file a factual return justifying the legality of Petitioner's detention.

The Reply will be filed via the Electronic Case Filing system once it has been cleared.

Dated: Washington, D.C.
October 7, 2005

                Respectfully submitted,

                COVINGTON & BURLING

     By:     /s/
                David H. Remes
                D.C. Bar No. 370782
                1201 Pennsylvania Avenue, N.W.
                Washington, DC 20004-2401
                Tel: (202) 662-5212
                Fax: (202) 778-5212