*PREVIOUSLY SUBMITTED TO THE CSO*
*AND CLEARED FOR PUBLIC FILING*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HASSAN BIN ATTASH, *et al.*,<br>    Petitioners,<br><br>    v.<br><br>GEORGE W. BUSH, *et al.*,<br>    Respondents. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-1592 (RCL)<br>)<br>)<br>)<br>)<br>) |

**PETITIONER'S MOTION TO EXPEDITE CONSIDERATION OF MOTION TO
RECONSIDER AND VACATE PORTIONS OF SEPTEMBER 1, 2005 ORDER**

Petitioner respectfully asks this Court to expedite its consideration of his pending motion for reconsideration, filed on October 6, 2005. The relief that Petitioner seeks is vital if counsel is to investigate and prepare Petitioner's case. Other Judges of this Court have ordered the same relief for the overwhelming majority of Guantánamo prisoners who have filed habeas actions since Judge Green entered her stay in February, including *every other prisoner* who has engaged the undersigned since then.[1]

WHEREFORE, the Court should expedite its consideration of the pending reconsideration motion and grant that motion for the reasons stated therein.

---

[1]  Respondents have indicated that they take no position on this motion.

- 2 -

Dated: Washington, D.C.
      December 20, 2005

                                Respectfully submitted,

                                COVINGTON & BURLING

                By:           /s/
                                David H. Remes
                                D.C. Bar No. 370782
                                1201 Pennsylvania Avenue, N.W.
                                Washington, DC 20004-2401
                                Tel:  (202) 662-5212
                                Fax: (202) 778-5212

                                Marc D. Falkoff
                                D.C. Bar No. 491149
                                1330 Avenue of the Americas
                                New York, NY 10019
                                Tel:  (212) 841-1166
                                Fax: (646) 441-9166