IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HASSAN BIN ATTASH, *et al.*,<br>　　Petitioners,<br><br>　　v.<br><br>GEORGE W. BUSH, *et al.*,<br>　　Respondents. | Civil Action No. 05-1592 (RCL) |

**[PROPOSED] ORDER**

Having considered Petitioner's Motion to Expedite Decision of Motion to Reconsider and Vacate Portions of September 1, 2005 Order, it is this ___ day of _____, 2005, hereby

**ORDERED,** that the Motion to Expedite is GRANTED.

_____
United States District Judge