## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLA THANI FARIS AL-ANAZI, *et al.,*     )<br>     )<br>     *Petitioners,*    )<br>     )<br>     v.    )<br>     )<br>     )<br>GEORGE W. BUSH, *et al.,*    )<br>     )<br>     *Respondents*    )<br>     ) | Civ. No. 1:05-CV-0345<br>(JDB) (AK) |

ABDULLA THANI FARIS AL-ANAZI, *et al.,*

    *Petitioners,*

    v.

GEORGE W. BUSH, *et al.,*

    *Respondents*

Civ. No. 1:05-CV-0345
(JDB) (AK)

---

FAWZI AL ODAH, *et al.,*

    *Petitioners,*

    v.

GEORGE W. BUSH, *et al.,*

    *Respondents*

Civ. No. 1:02-CV-0828
(CKK) (AK)

---

ABDULSALAM ALI ABDULRAHMAN
  AL-HELA, *et al.,*

    *Petitioners,*

    v.

GEORGE W. BUSH, *et al.,*

    *Respondents*

05-CV-1048 (RMU) (AK)

|  |  |  |
|---|---|---|
| **SAEED MAHAMMED SALEH HATIM,** *et al.,* | ) ) ) |  |
| *Petitioners,* | ) ) | **05-CV-1429 (RMU) (AK)** |
| **v.** | ) ) |  |
| **GEORGE W. BUSH,** *et al.,* | ) ) ) |  |
| *Respondents* | ) ) |  |

|  |  |  |
|---|---|---|
| **ABDUL HADI OMER HAMOUD FARAJ,** | ) ) ) |  |
| *Petitioners,* | ) ) | **Civ. No. 1:05CV01490** |
| **v.** | ) ) | **(PLF)(AK)** |
| **GEORGE W. BUSH,** *et al.,* | ) ) ) |  |
| *Respondents* | ) ) |  |

|  |  |  |
|---|---|---|
| **MOHAMMED,** *et al.* | ) ) ) |  |
| *Petitioners,* | ) ) | **Civ. No. 1:05CV02087** |
| **v.** | ) ) | **(RMC)(AK)** |
| **GEORGE W. BUSH,** *et al.,* | ) ) ) |  |
| *Respondents* | ) ) |  |

NABIL, *et al.*

          *Petitioners,*

  v.

GEORGE W. BUSH, *et al.,*

          *Respondents*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civ. No. 1:05CV01504
(RMC)(AK)

AL HAWARY, *et al.*

          *Petitioners,*

  v.

GEORGE W. BUSH, *et al.,*

          *Respondents*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civ. No. 1:05CV01505
(RMC)(AK)

SAIB, *et al.*

          *Petitioners,*

  v.

GEORGE W. BUSH, *et al.,*

          *Respondents*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civ. No. 1:05CV01353
(RMC)(AK)

| | | |
|---|---|---|
| **SHAFIQ,** *et al.* | ) | |
| | ) | |
| *Petitioners,* | ) | |
| | ) | **Civ. No. 1:05CV01506** |
| v. | ) | **(RMC)(AK)** |
| | ) | |
| | ) | |
| **GEORGE W. BUSH,** *et al.,* | ) | |
| | ) | |
| *Respondents* | ) | |
| | ) | |

| | | |
|---|---|---|
| **HASSAN BIN ATTASH,** *et al.* | ) | |
| | ) | |
| *Petitioners,* | ) | |
| | ) | **Civ. No. 1:05CV01592** |
| v. | ) | **(RCL)(AK)** |
| | ) | |
| | ) | |
| **GEORGE W. BUSH,** *et al.,* | ) | |
| | ) | |
| *Respondents* | ) | |
| | ) | |

| | | |
|---|---|---|
| **ABDANNOUR SAMEUR,** *et al.* | ) | |
| | ) | |
| *Petitioners,* | ) | |
| | ) | **Civ. No. 1:05CV01806** |
| v. | ) | **(CKK)(AK)** |
| | ) | |
| | ) | |
| **GEORGE W. BUSH,** *et al.,* | ) | |
| | ) | |
| *Respondents* | ) | |
| | ) | |

4

## NOTICE OF WITHDRAWAL OF FILING

Petitioners in the above-captioned cases hereby withdraw their **Reply Brief in Support of Petitioners' Motion to Compel Privilege Team Compliance with the Amended Protective Order** in light of new information of the existence of a Response to Petitioners' Motion that was never served on Petitioners.

Dated:   April 10, 2006

Respectfully submitted,

Counsel for Petitioners:


    /s/ Anant Raut
David R. Berz (DC 182105)
David A. Hickerson (DC 414723)
Anant Raut (DC 490211)
WEIL GOTSHAL & MANGES LLP
1300 Eye Street, NW
Suite 900
Washington, D.C.   20005
Tel: (202) 682-7000
Fax: (202) 857-0939

  /s/ Kristine Huskey
Thomas B. Wilner, D.C. Bar # 173807
Neil H. Koslowe, D.C. Bar # 361792
Kristine A. Huskey, D.C. Bar #462979
Amanda E. Shafer
SHEARMAN & STERLING LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C.   20004
Tel: (202) 508-8000
Fax: (202) 508-8100


  /s/ David H. Remes
David H. Remes, D.C. Bar # 370782
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Suite 803E
Washington, D.C.   20004
Tel: (202) 662-5212
Fax: (202) 662-6291


Marc Falkoff, D.C. Bar # 491149
COVINGTON & BURLING
1330 Avenue of the Americas
New York, NY 10019
Tel: (212) 841-1166
Fax: (646) 441-9166

/s/ Anne J. Castle
Anne J. Castele, CO #11202
Scott S. Barker, CO #11177
J. Triplett Mackintosh, CO #22359
William E. Murane, CO #2676
Douglas L. Abbott, CO #18683
Hamid M. Khan, CO #34139
Danielle R. Voorhees, CO #35929
Valerie L. Simmons, CO #30218
Barry C. Bartel, CO #23040
Jonathan S. Bender, CO #33979
Nicole P. Livolsi, CO #36267
HOLLAND & HART LLP
555 Seventeenth Street
Suite 3200
Denver, CO   80202
Tel: (303) 295-8000
Fax: (303) 295-8261

  /s/ Randall T. Coyne
Randall T. Coyne
University of Oklahoma College of Law
Andrew Coats Hall
300 Timberdell Road
Norman, OK   73019
Tel: (405) 325-4646
Fax: (405) 325-0389


Thomas R. Brett
Craig Hoster
Larry D. Ottaway
CROWE & DUNLEVY
500 Kennedy Building
321 South Boston Avenue
Tulsa, OK   74103
Tel: (918) 592-9830
Fax: (918) 599-6311


Terry W. West
THE WEST LAW FIRM
P.O. Box 698
Shawnee, OK   74802
Tel: (405) 275-0040
Fax: (405) 275-0052

Of Counsel
Barbara J. Olshansky ( N.Y State Bar #3635)
CENTER FOR CONSTITUTIONAL
    RIGHTS
666 Broadway
New York, NY   10012
Tel: (212) 614-6439