IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAHMOUD ABDAH, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> Respondents | 04-CV-1254 (HHK) (AK) |
| ABDULSALAM ALI ABDULRAHMAN AL-HELA, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> Respondents | 05-CV-1048 (RMU) (AK) |
| SAEED MOHAMMED SALEH HATIM, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> Respondents | 05-CV-1429 (RMU) (AK) |

|  |  |  |
|---|---|---|
| **HASSAN BIN ATTASH,** *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | 05-CV-1592 (RCL) (AK) |
| **GEORGE W. BUSH,** *et al.*, | ) ) ) | |
| Respondents | ) ) | |

### NOTICE OF CHANGE OF ADDRESS OF MARC D. FALKOFF

This notice is to inform the Court that the undersigned, Marc D. Falkoff, is no longer associated with Covington & Burling. Mr. Falkoff's new contact information is:

Marc D. Falkoff
Assistant Professor of Law
Northern Illinois University
College of Law
Swen Parson Hall
DeKalb, Illinois 60115
Tel: 347-564-5043
Fax: 202-778-5212
E-mail: mdf19@columbia.edu

Mr. Falkoff remains co-counsel with Covington & Burling in the above-captioned cases.

Dated: New York, New York
    May 2, 2006

                    Respectfully submitted,

                    _____/s/_____
                    Marc D. Falkoff, D.C. Bar No. 491149
                    Assistant Professor of Law
                    Northern Illinois University
                    College of Law
                    Swen Parson Hall
                    DeKalb, Illinois 60115
                    Tel: 347-564-5043
                    Fax: 202-778-5212
                    E-mail: mdf19@columbia.edu

2