IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ABDULSALAM ALI ABDULRAHMAN AL HELA**, *et al.*, | ) ) ) ) | |
| *Petitioners*, | ) ) | Civ. No. 05-01048 (RMU) |
| *v.* | ) ) | |
| **GEORGE W. BUSH**, *et al.*, | ) ) | |
| *Respondents*. | ) ) ) | |
| **SAEED MOHAMMED SALEH HATIM**, *et al.*, | ) ) ) ) | |
| *Petitioners*, | ) ) | Civ. No. 05-01429 (RMU) |
| *v.* | ) ) | |
| **GEORGE W. BUSH**, *et al.*, | ) ) | |
| *Respondents*. | ) ) ) | |
| **HASSAN BIN ATTASH**, *et al.*, | ) ) | |
| *Petitioners*, | ) ) | |
| *v.* | ) ) | Civ. No. 05-01592 (RCL) |
| **GEORGE W. BUSH**, *et al.*, | ) ) | |
| *Respondents*. | ) ) | |

**NOTICE AND SUMMARY OF FILING**

As required by the Amended Protective Order in this matter, undersigned counsel hereby gives notice that on May 3, 2007 at 4:40 p.m. a copy of Petitioners' Opposition to

Respondents' Motion to Dismiss was delivered to the Court Security Officer for clearance for public filing.

The Opposition states that it would be premature for this Court to act on Respondents' motion pending issuance of the mandate in *Boumediene* and *Al Odah* and further guidance from the D.C. Circuit on the various motions and petitions pending before them. It also states that in any event, the protective and injunctive orders entered by the Court in these cases would survive dismissal in their entirety, unless and until modified or dissolved by separate order of the Court.

The Opposition will be filed via the Electronic Case Filing system when it has been cleared by the Court Security Office.

    Respectfully submitted,

    /s/ David H. Remes
    David H. Remes
    D.C. Bar No. 370782
    COVINGTON & BURLING LLP
    1201 Pennsylvania Ave., N.W.
    Washington, DC 20004-2401
    (202) 662-5212 (tel)
    (202) 778-5212 (fax)

    Marc D. Falkoff
    D.C. Bar No. 491149
    NORTHERN ILLINOIS UNIVERSITY
    COLLEGE OF LAW
    DeKalb, IL 60614
    (347) 564-5043 (tel)

    Counsel for Petitioners

May 3, 2007
Washington, DC