IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HASSAN BIN ATTASH, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 06-CV-1592 (RCL) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| *et al.*, ) | |
| ) | |
| Respondents. ) | |

**[Proposed] ORDER**

Upon consideration of petitioner's motion for temporary restraining order, and respondents' opposition thereto, it is hereby

ORDERED that petitioner's motion is DENIED.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE