# EXHIBIT 1

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5258**  September Term, 2006

05cv02349

Filed On: August 2, 2007 [1058163]

Ahmed Belbacha,
    Appellant

Salah Belbacha, as next Friend of Ahmed Belbacha,
    Appellee

    v.

George W. Bush, et al.,
    Appellees

**BEFORE**:    Sentelle, Rogers, and Brown, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for a stay pending appeal, the opposition thereto, and the reply; and the motion for an expedited appeal schedule, it is

**ORDERED** that the administrative stay entered by this court on July 30, 2007, be dissolved.  It is

**FURTHER ORDERED** that the motion for a stay pending appeal be denied.  See Boumediene v. Bush, 476 F.3d 981 (D.C. Cir.), cert. granted, 127 S. Ct. 3078 (2007); see also Maxwell v. Snow, 409 F.3d 354, 358 (D.C. Cir. 2005) ("[T]his court is bound to follow circuit precedent until it is overruled by an en banc court or the Supreme Court.").  It is

**FURTHER ORDERED** that the appeal be heard on an expedited basis in accordance with 28 U.S.C. § 1657(a).  The Clerk is directed to enter a standard briefing schedule.

**Per Curiam**