# EXHIBIT 2

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-1127**                                               **September Term, 2006**

**Filed On: July 16, 2007** [1053961]

Mustafa Ahmed Hamlily and Mustafa Ait Idir, as Next
Friend of Hamlily,
     Petitioners

    v.

Robert M. Gates, Sec. of Defense, et al.,
     Respondents

**BEFORE**:    Randolph, Rogers, and Garland, Circuit Judges

## O R D E R

Upon consideration of the amended emergency motion for an order requiring respondents to provide 30-days' advance notice of any intended removal of petitioner, and the opposition thereto, it is

**ORDERED** that the motion be denied. This court lacks jurisdiction to grant the requested relief. See Khalifh v. Gates, No. 07-1215 (D.C. Cir. June 22, 2007) (citing § 7 of the Military Commissions Act of 2006, Pub. L. No. 109-366, 120 Stat. 2600 (2006); § 1005(e)(2) of the Detainee Treatment Act of 2005, Pub. L. No. 109-148, 119 Stat. 2680 (2005)); Rahman v. Gates, No. 07-1204 (D.C. Cir. June 19, 2007) (same).

**Per Curiam**