# EXHIBIT 3

(ORDER LIST: 551 U.S.)

FRIDAY, AUGUST 10, 2007

ORDER IN PENDING CASE

07A98      BELBACHA, AHMED V. BUSH, PRESIDENT OF U.S., ET AL.

The application for injunction presented to The Chief Justice and by him referred to the Court is denied.