# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

___

| | |
|---|---|
| **No. 06-5191** | **September Term, 2006** |
| | 05cv001490 |
| | 05cv00882 |
| | 05cv00885 |
| | 05cv00886 |
| | 05cv00888 |
| | 05cv00889 |
| | 05cv00892 |
| | 05cv01234 |
| | 05cv01238 |
| | 05cv01310 |
| | 05cv01607 |
| | 05cv01894 |
| | 05cv02367 |
| | 05cv02369 |
| | 05cv02370 |
| | 05cv02384 |
| | 05cv02398 |
| | 05cv02452 |
| | 05cv02458 |
| | 05cv02479 |
| | 06cv00618 |
| | **Filed On: June 7, 2007** [1045791] |

Abdulrahim Abdul Razak Al Ginco,
    Appellant

    v.

George W. Bush, President of the United States, et al.,
    Appellees

___

Consolidated with 06-5196, 06-5197, 06-5198, 06-5205, 06-5235, 06-5236, 06-5265, 06-5284, 06-5285, 06-5286, 06-5287, 06-5320, 06-5325, 06-5326, 06-5328, 06-5329, 06-5330, 06-5384, 06-5385, 06-5420, 07-5046

    **BEFORE**:    Randolph, Garland, and Griffith, Circuit Judges

## O R D E R

    Upon consideration of the motions to vacate and dismiss in Nos. 06-5191, et al., and the notice of additional authority; the motion to vacate and dismiss in Nos. 06-5265 and 07-5046; the consolidated opposition to the motions, the supplements thereto, and notices of district court filings; and the reply; the motion to sever and to set a separate briefing schedule in No. 06-5191, the response thereto, and the reply; the motion to

# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 06-5191**                                        **September Term, 2006**

sever in No. 06-5384, the response thereto, and the reply; and the motion to sever and to set a separate briefing schedule in No. 06-5385, the response thereto, and the reply, it is

    **ORDERED** that the motions to sever and to set a separate briefing schedule in Nos. 06-5191 and 06-5385 be denied.  It is

    **FURTHER ORDERED** that the government's motions to dismiss its own appeals and the appeal of Abdulrahim Abdul Razak Al Ginco be granted and Nos. 06-5191, et al., be dismissed for lack of subject matter jurisdiction.  See Boumediene v. Bush, 476 F.3d 981 (D.C. Cir. 2007).  It is

    **FURTHER ORDERED** that the motion to sever No. 06-5384 be dismissed as moot.  It is

    **FURTHER ORDERED** that the government's motions to vacate the notice orders and to dismiss the habeas petitions be denied without prejudice.  The district court may consider in the first instance respondents' motion to dismiss and petitioners' motions to stay and hold in abeyance, which are currently pending before the district court in the actions underlying these consolidated appeals.

    Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**