UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HASSAN BIN ATTASH,** *et al.*, Petitioners, v. **GEORGE W. BUSH,** President of the United States, *et al.*, Respondents. | Civil Action No. 05-1592 (RCL) |

## ORDER

Upon consideration of petitioner's motion for temporary restraining order [78], respondents' opposition, and petitioner's reply thereto, it is hereby

ORDERED, that petitioner's motion is DENIED.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, August 20, 2007.