IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HASSAN BIN ATTASH,** *et al.*, | ) |
| **Petitioners,** | ) |
| v. | ) Civil Action No. 05-CV-01592 |
| **GEORGE W. BUSH, President of the United States,** *et al.*, | ) |
| **Respondents.** | ) |

## NOTICE OF APPEARANCE

Undersigned counsel, Travis LeBlanc, hereby enters his appearance as counsel for Petitioner, HASSAN BIN ATTASH, in the above-captioned case.

Dated:  July 23, 2008

Respectfully submitted,

/s/ Travis LeBlanc
TRAVIS LEBLANC (D.C. Bar No. 496844)
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA  94111
Telephone:  (415) 391-5400
Facsimile:   (415) 397-7188

Attorneys for Petitioner
HASSAN BIN ATTASH