IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HASSAN BIN ATTASH, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, President of the United States, *et al.*, <br><br> Respondents. | Civil Action No. 05-CV-01592 |

**NOTICE OF APPEARANCE, CERTIFICATION OF REPRESENTATION WITHOUT COMPENSATION AND CERTIFICATION OF PERSONAL FAMILIARITY WITH THE LOCAL RULES**

Please enter my appearance on behalf of Petitioner, HASSAN BIN ATTASH, in the above-captioned case. I hereby certify, pursuant to Local Civil Rule 83.2(g), that I am representing this Petitioner without compensation. I further certify, pursuant to Local Rule 83.2(j), that I am personally familiar with the Local Rules of this Court.

Dated: July 22, 2008

Respectfully submitted,

/s/ Ashok Ramani
ASHOK RAMANI (Pursuant to LCvR 83.2(g))
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Petitioner
HASSAN BIN ATTASH

421717.01

1