IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br><br>DETAINEE LITIGATION | Misc. No. 08-442(TFH)<br>Civil Action No. 05-CV-01592(UNA) |

### PETITIONER'S REQUEST FOR 30 DAYS' ADVANCE NOTICE OF TRANSFER

Pursuant to the Court's July 11, 2008 Order, Docket Entry 88-2, Petitioner Hassan Bin Attash hereby requests that the government provide petitioner, his counsel, and the Court with 30 days advance notice of any intended removal of petitioner from detention at Guantanamo Bay, Cuba.

Dated: August 11, 2008

Respectfully submitted,

/s/ Travis LeBlanc
TRAVIS LEBLANC (D.C. Bar No. 496844)
ASHOK RAMANI (Pursuant to LCvR 83.2(g))
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Petitioner
HASSAN BIN ATTASH

422948.01