THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) ) ) ) ) ) ) ) ) | Misc. No. 08-442 (TFH) |
| GUANTÁNAMO BAY DETAINEE LITIGATION | | Civ. No. 05-cv-1592 (UNA) |

## MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to L.C.v.R. 83.6(c) Covington & Burling LLP ("Covington") hereby moves to withdraw as counsel for the petitioner in the above-captioned action for the following reasons:

I.  One of the counsel of record for petitioner is David H. Remes. Mr. Remes was a partner at Covington until July 31, 2008, when he left the firm. Mr. Remes continues to act as counsel for petitioner. In this case, petitioner is also represented by Travis G. LeBlanc and Ashok Ramani, attorneys at Keker & Van Nest, and Marc D. Falkoff.

II. When Mr. Remes was a partner at Covington, he was the primary attorney to perform legal work on behalf of petitioner. Since Mr. Remes' departure from Covington, Covington attorneys have been focused primarily on other Guantánamo Detainee cases.

III. Granting this motion will not delay the case, unfairly prejudice any party, or otherwise not be in the interest of justice.

 Respectfully submitted,

 _____/s/_____

 S. William Livingston
 D.C. Bar. No. 59005
 Covington & Burling LLP
 1201 Pennsylvania Avenue, NW
 Washington, DC 20004-2401
 (202) 662-6000

September 5, 2008

# CERTIFICATE OF SERVICE

I, S. William Livingston, hereby certify that on September 5, 2008, I caused to be served via electronic filing a true and correct copy of the foregoing Motion to Withdraw on counsel of record for Respondents, as follows:

**Andrew I. Warden**
U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION
FEDERAL PROGRAMS BRANCH
20 Massachusetts Avenue, NW
Washington, DC 20530
(202) 616-5084
Fax: (202) 616-8460
Email: andrew.warden@usdoj.gov

**Judry Laeb Subar**
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
(202) 514-4107
Fax: (202) 616-8470
Email: judry.subar@usdoj.gov

**Terry Marcus Henry**
U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
P.O. Box 883
20 Massachusetts Avenue, NW
Suite 7212
Washington, DC 20044
(202) 514-4107
Fax: (202) 616-8470
Email: terry.henry@usdoj.gov

**Alexander Kenneth Haas**
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Washington, DC
(202) 307-3937
Fax: (202) 616-8470
Email: alexander.haas@usdoj.gov

**James J. Schwartz**
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Washington, DC 20001
(202) 616-8267
Fax: (202) 616-8202
Email: james.schwartz@usdoj.gov

_____/s/_____

S. William Livingston