## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **HASSAN BIN ATTASH** | ) | |
| | ) | |
| *Petitioner*, | ) | |
| | ) | Civil Action No. 05-1592 (RCL) |
| v. | ) | |
| | ) | |
| **BARACK OBAMA, et al.** | ) | |
| | ) | |
| *Respondents*. | ) | |

### ORDER

After conducting a case management conference on February 3, 2009, and consulting with government and petitioner's counsel, it is hereby

ORDERED that, by February 24, 2009, the government shall complete production and notice required under §§ I.D.1 and I.E.1 of the Case Management Order entered on November 6, 2008 and amended on December 16, 2008.  It is further

ORDERED that the government shall produce all exculpatory evidence by February 24, 2009.  It is further

ORDERED that the petitioner shall file his discovery motion by March 9, 2009.  The reply and opposition to the discovery motion shall be filed in accordance with the Local Rules and the Federal Rules of Civil Procedure.

SO ORDERED.


Signed by Chief Judge Royce C. Lamberth on February 3, 2009.

1