
# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HASSAN BIN ATTASH** ) | |
| ) | |
| *Petitioner*, ) | |
| ) | Civil Action No. 05-1592 (RCL) |
| v. ) | |
| ) | |
| **BARACK OBAMA, et al.** ) | |
| ) | |
| *Respondents*. ) | |

## NOTICE TO COUNSEL

The Court has determined that, at this time, there is no need to rule on the petitioner's request that the government provide a "narrowing statement" of the material facts in the case. Instead, the Court will rule on this request when it rules on the discovery motion and sets a schedule for the anticipated motions for judgment on the record.

Signed by Chief Judge Royce C. Lamberth on February 4, 2009.