UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED WITH THE
COURT SECURITY OFFICER
CSO:
DATE

| | |
|---|---|
| HASSAN BIN ATTASH, *et al.* ) | |
| ) | |
| Petitioners, ) | |
| v. ) | |
| ) | Civil Action No. 05-1592 (RCL) |
| BARACK H. OBAMA, President of the ) | |
| United States, *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |

**FILED**

JUN 17 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**MEMORANDUM OPINION**