# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HASSAN BIN ATTASH,<br><br>*Petitioner*,<br><br>v.<br><br>BARACK H. OBAMA, et al.,<br><br>*Respondents*. | Civil Action No. 05-1592 (RCL) |

## ORDER

Upon consideration of Respondents' Unopposed Motion for Extension of Time to Comply with this Court's Order of July 24, 2009, it is hereby

ORDERED that Respondents' motion is GRANTED.  It is further

ORDERED that Respondents have until August 6, 2009 to produce the approximately 230 responsive documents that Respondents have located in the consolidated assemblages of the files of JIG and OARDEC and have already submitted for clearance.  It is further

ORDERED that Respondents have until August 17, 2009 to implement a more robust search capability for the Task Force database.  It is further

ORDERED that Respondents have until August 31, 2009 to complete targeted searches for responsive Task Force information and submit all responsive material to the clearance team.

8/3/2009
Date

/s/
Chief Judge Royce C. Lamberth
United States District Judge