# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HASSAN BIN ATTASH, *Petitioner*, v. BARACK H. OBAMA, et al., *Respondents*. | Civil Action No. 05-1592 (RCL) |

## ORDER

Upon consideration of respondents' Unopposed Motion for Extension of Time to Respond to a Portion of the Court's Order of June 11, 2009, it is hereby

ORDERED that Respondents' motion is GRANTED.  Respondents have until August 31, 2009 to respond to that portion of the June 11, 2009 Order requiring the production of all reasonably available evidence that shows that one particular individual used a particular alias.

 8/18/09
Date

/s/
Chief Judge Royce C. Lamberth
United States District Judge