UNCLASSIFIED//FOR PUBLIC RELEASE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED WITH THE
COURT SECURITY OFFICER
CSO: _____
DATE: 10/5/09

|  |  |
|---|---|
| HASSAN MOHAMMED ALI BIN ATTASH, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>BARACK OBAMA, *et al.*, )<br>)<br>Respondents. )<br>) | Civil No. 05-1592 (RCL) |

## ORDER

Now before the Court is respondents' Unopposed Motion [229] for Leave to Provide a Substitute for Certain Documents. The subject of this motion is a collection of documents, discovered during respondents' search of reasonably available information indicating that one of ▇▇▇▇▇ Upon consideration of this motion, it is hereby

ORDERED that respondents may provide the Declaration of Counsel attached to respondents' Motion [229] as a substitute for those ▇ Documents that are neither exculpatory nor otherwise responsive to the Court's discovery orders in this case ▇

10/5/09
Date

*Royce C. Lamberth*
Chief Judge Royce C. Lamberth
United States District Judge

UNCLASSIFIED//FOR PUBLIC RELEASE