**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HASSAN BIN ATTASH, <br><br> *Petitioner*, <br><br> v. <br><br> BARACK OBAMA, et al., <br><br> *Respondents*. | Civil Action No. 05-1592 (RCL) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that the undersigned counsel, Ashok Ramani and Cody S.

Harris, on behalf of the law firm of Keker & Van Nest LLP, hereby withdraw their appearances

as counsel for petitioner in the above-captioned matter.[1]  Petitioner remains represented by

Benjamin Au and Arwen R. Johnson of Caldwell Leslie & Proctor, PC, as well as David H.

Remes.

Dated:  August 22, 2012                          Respectfully submitted,

/s/ *Ashok Ramani*
                                    *-and-*
/s/ *Cody S. Harris*
ASHOK RAMANI (Pursuant to LCvR 83.2(g))
CODY S. HARRIS (Pursuant to LCvR 83.2(g))
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA  94111
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188
Attorneys for Petitioner
HASSAN BIN ATTASH

---

[1] Mr. Ramani also represents petitioners Benyamin Mohammed al Habash and A'amer Shaker as "Next Friends" of Mr. bin Attash.  Mr. Ramani also hereby withdraws as counsel for these "Next Friend" petitioners.

686820.01